FILED
March 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:13MJ00002-AC
      Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
KEVIN DENNIS GOLDEN, )
)
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __KEVIN DENNIS GOLDEN__ , Case No. __2:13MJ00002-AC__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __    Release on Personal Recognizance

    __  __    Bail Posted in the Sum of $_____

        __  __    Unsecured Appearance Bond

        __  __    Appearance Bond with 10% Deposit

        __  __    Appearance Bond with Surety

        __  __    Corporate Surety Bail Bond

        __✔__    (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 15, 2013__ at __2:00 pm__ .

            By   /s/ Allison Claire/s/ Allison Claire
                    Allison Claire
                    United States Magistrate Judge

Copy 2 - Court