ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806
zenia@jacksonsquarelaw.com

Attorney for Defendant
KEVIN DENNIS GOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KEVIN DENNIS GOLDEN,<br><br>        Defendant. | Case No. 2:13-CR-00115-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE<br><br>Judge: Hon. Garland E. Burrell Jr. |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of pretrial release imposed on defendant, Kevin Golden, may be modified to allowed him to travel for work purposes only to the Central and Southern Districts of California and Hawaii without a court order, but with notification to pretrial.

As indicated in the letter written by Mr. Golden's employer, John Hinmon, he is requesting that Mr. Golden be permitted to travel within the State of California and Hawaii, as these are the locations at which the company TABCO performs services on industrial and commercial buildings in the areas of technical and sensitive environments. Mr. Hinmon writes, "Mr. Golden's extensive knowledge of mechanical systems and engineering background has proven a great value to TABCO, as he is the *only* employee who can perform thermodynamic engineering and finite element analysis on site. In addition to his unique training in

thermodynamics, Mr. Golden's commissioning and troubleshooting skills are beyond superb." (See, <u>Attachment</u>.) Mr. Hinmon further indicates that due to the nature of the business the company is called upon to service a site without sufficient notice to allow time to obtain a Court order permitting travel outside the Northern and Eastern Districts of California.

As Mr. Hinmon is asking that Mr. Golden be given more flexibility in his ability to travel, it is the request of the parties to modify the conditions of pretrial release which would permit Mr. Golden to travel throughout the State of California and Hawaii for work purposes, provided he give notice to pretrial services when he is called upon by TABCO to leave the Northern or Eastern Districts of California. Pretrial Service Officer Taifa M. Gaskins is amenable to this request.

| | |
|---|---|
| */s/ Jill M. Thomas* <br> JILL M. THOMAS <br> Assistant U.S. Attorney <br> U.S. ATTORNEY'S OFFICE <br> Dated: February 21, 2014 | */s/ Zenia K. Gilg* <br> ZENIA K. GILG <br> Attorney for Defendant <br> KEVIN DENNIS GOLDEN <br> Dated: February 21, 2014 |

**IT IS SO ORDERED.**

Dated: February 25, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Certificate of Service

I hereby certify that on February 25, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system which sent notification of such filing to all attorneys of record, including:

Jill Marie Thomas
United States Attorney's Office
Sacramento Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2700
Fax: (916) 554-2900
jill.thomas@usdoj.gov

Additionally, I served the following parties via email:

Taifa M. Gaskins
Program Development Specialist
U.S. Pretrial Services Agency
Robert T. Matsui U.S. Courthouse
501 I Street, Suite 2400
Sacramento, CA 95814
Direct: (916) 930-4371
Phone: (916) 930-4350
Fax: (916) 930-4355
tgaskins@caept.uscourts.gov

*/s/ Zenia K. Gilg*
ZENIA K. GILG
Attorney for Defendant
KEVIN DENNIS GOLDEN