ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806
zenia@jacksonsquarelaw.com

Attorney for Defendant
KEVIN DENNIS GOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00115-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE HEARING ON MOTION TO SUPPRESS EVIDENCE AND REQUEST FOR EVIDENTIARY HEARING |
| v. | |
| KEVIN DENNIS GOLDEN, | [Excludable Time: 18 U.S.C. § *(h)(7)(A)*and*(B)(iv)*] |
| Defendant. | Judge: Hon. Garland E. Burrell Jr. |

THE PARTIES HEREBY STIPULATE AND AGREE that the status conference currently set for April 18, 2014, be continued to June 20, 2014, and stipulate that the time beginning April 18, 2014, and extending through June 20, 2014, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, the parties agree that *18 U.S.C. § 3161(h)(7)(A)*and*(B)(iv)* establishes a basis for the exclusion of time under the Speedy Trial Act.

The parties are in the process of discussing and negotiating a resolution to this case.

However, they will need time to consider information exchanged for the purpose of reaching a disposition. As such, the attorneys need more time to prepare, which includes reviewing discovery, considering any new evidence which may affect the disposition of this case, conducting necessary legal research and investigation. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. *18 U.S.C. § 3161(h)(7)(A)*and*(B)(iv)* and Local Code T-4.

/s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE
Dated: April 10, 2014

/s/ Zenia K. Gilg
ZENIA K. GILG
Attorney for Defendant
KEVIN DENNIS GOLDEN
Dated: April 9, 2014

**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Certificate of Service

I hereby certify that on April 14, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system which sent notification of such filing to all attorneys of record, including:

> Jill Marie Thomas
> United States Attorney's Office
> Sacramento Office
> 501 I Street, Suite 10-100
> Sacramento, CA 95814
> Tel: (916) 554-2700
> Fax: (916) 554-2900
> jill.thomas@usdoj.gov

                                                                */s/ Zenia K. Gilg*
                                                                ZENIA K. GILG
                                                                Attorney for Defendant
                                                                KEVIN DENNIS GOLDEN