ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806
zenia@jacksonsquarelaw.com

Attorney for Defendant
KEVIN DENNIS GOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN DENNIS GOLDEN,<br><br>  Defendant. | Case No. 2:13-CR-00115-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE<br><br>[Excludable Time: 18 U.S.C. § *(h)(7)(A)*and*(B)(iv)*]<br><br>Judge: Hon. Garland E. Burrell Jr. |

THE PARTIES HEREBY STIPULATE AND AGREE that the status conference currently set for June 20, 2014, be continued to August 22, 2014, and stipulate that the time beginning June 20, 2014, and extending through August 22, 2014, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, the parties agree that *18 U.S.C. § 3161(h)(7)(A)*and*(B)(iv)* establishes a basis for the exclusion of time under the Speedy Trial Act.

The parties are in the process of discussing and negotiating a resolution to this case.

1  However, they will need time to consider information exchanged for the purpose of reaching a
2  disposition.  As such, the attorneys need more time to prepare, which includes reviewing
3  discovery, considering any new evidence which may affect the disposition of this case,
4  conducting necessary legal research and investigation.  The parties stipulate and agree that the
5  interests of justice served by granting this continuance outweigh the best interests of the public
6  and the defendants in a speedy trial.  *18 U.S.C. § 3161(h)(7)(A)*and*(B)(iv)* and Local Code T-4.

/s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE
Dated: June 16, 2014

/s/ Zenia K. Gilg
ZENIA K. GILG
Attorney for Defendant
KEVIN DENNIS GOLDEN
Dated: June 16, 2014

**IT IS SO ORDERED.**

Dated:  June 17, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge