ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806
zenia@jacksonsquarelaw.com

Attorney for Defendant
KEVIN DENNIS GOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KEVIN DENNIS GOLDEN,<br><br>   Defendant. | Case No. 2:13-CR-00115-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE<br><br>[Excludable Time: 18 U.S.C. § *(h)(7)(A)*and*(B)(iv)*]<br><br>Judge: Hon. Garland E. Burrell Jr. |

   THE PARTIES HEREBY STIPULATE AND AGREE that the status conference currently set for August 22, 2014, be continued to October 10, 2014, and stipulate that the time beginning August 22, 2014, and extending through October 10, 2014, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Therefore, the parties agree that *18 U.S.C. § 3161(h)(7)(A)*and*(B)(iv)* establishes a basis for the exclusion of time under the Speedy Trial Act.

   The parties are in the process of discussing and negotiating a resolution to this case, and although the case itself is not complex, there are issues of significance which must be determined

to the satisfaction of both parties before and agreement can be reached.  Thus, the parties require additional time to exchange and review discovery, consider any new evidence which may affect the disposition of this case, and conduct necessary legal research and investigation.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  *18 U.S.C. § 3161(h)(7)(A)*and*(B)(iv)* and Local Code T-4.

| | |
|---|---|
| /s/ Jill M. Thomas | /s/ Zenia K. Gilg |
| JILL M. THOMAS | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| U.S. ATTORNEY'S OFFICE | KEVIN DENNIS GOLDEN |
| Dated: August 19, 2014 | Dated: August 19, 2014 |

**IT IS SO ORDERED.**

Dated:  August 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Certificate of Service

I hereby certify that on August 20, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system which sent notification of such filing to all attorneys of record, including:

> Jill Marie Thomas
> United States Attorney's Office
> Sacramento Office
> 501 I Street, Suite 10-100
> Sacramento, CA 95814
> Tel: (916) 554-2700
> Fax: (916) 554-2900
> jill.thomas@usdoj.gov

                                                  */s/ Zenia K. Gilg*
                                                  ZENIA K. GILG
                                                  Attorney for Defendant
                                                  KEVIN DENNIS GOLDEN

Stipulation and [Proposed] Order to Reschedule Status Hearing
3