1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone:  415/394-3800
3  Facsimile:  415/394-3806
   zenia@jacksonsquarelaw.com
4
   Attorney for Defendant
5  KEVIN DENNIS GOLDEN

6

7

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA,        | Case No. 2:13-CR-00115-GEB
13 |         Plaintiff,                | STIPULATION AND [PROPOSED]
                                       | ORDER TO RESCHEDULE STATUS
14 |                                   | CONFERENCE
15 |     v.                            | [Excludable Time: 18 U.S.C. §
16 | KEVIN DENNIS GOLDEN,              | *(h)(7)(A)*and*(B)(iv)*]
17 |         Defendant.                | Judge: Hon. Garland E. Burrell Jr.

18

19     THE PARTIES HEREBY STIPULATE AND AGREE that the status conference

20 currently set for November 14, 2014, be continued to December 5, 2014, and stipulate that the

21 time beginning November 14, 2014, and extending through December 5, 2014, should be

22 excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the

23 ends of justice are served by the Court excluding such time, so that counsel for defendant may

24 have reasonable time necessary for effective preparation, taking into account the exercise of due

25 diligence.  Therefore, the parties agree that *18 U.S.C. § 3161(h)(7)(A)*and*(B)(iv)* establishes a

26 basis for the exclusion of time under the Speedy Trial Act.

27     While the parties have been in the process of negotiating a resolution, the Government

28 recently reassigned the Assistant U.S. Attorney handling the matter, and time has been necessary

for new counsel to assess the case.  Although the case itself is not complex, there are issues of significance which must be determined to the satisfaction of both the prosecution and defense before an agreement can be reached.  It appears the exchange of additional information may also be required before a plea can be finalized.  The parties, therefore, stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  *18 U.S.C. § 3161(h)(7)(A)*and*(B)(iv)* and Local Code T-4.

*/s/ Richard Bender*
RICHARD BENDER
Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE
Dated: November 12, 2014

*/s/ Zenia K. Gilg*
ZENIA K. GILG
Attorney for Defendant
KEVIN DENNIS GOLDEN
Dated: November 12, 2014

**IT IS SO ORDERED.**

Dated:  November 13, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge