ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806
zenia@jacksonsquarelaw.com

Attorney for Defendant
KEVIN DENNIS GOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN DENNIS GOLDEN,<br><br>Defendant. | Case No. 2:13-CR-00115-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE<br><br>[Excludable Time: 18 U.S.C. § *(h)(7)(A)*and*(B)(iv)*]<br><br>Judge: Hon. Garland E. Burrell Jr. |

THE PARTIES HEREBY STIPULATE AND AGREE that the status conference currently set for December 5, 2014, be continued to December 19, 2014, and stipulate that the time beginning December 5, 2014, and extending through December 19, 2014, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, the parties agree that *18 U.S.C. § 3161(h)(7)(A)*and*(B)(iv)* establishes a basis for the exclusion of time under the Speedy Trial Act.

While the parties have been in the process of negotiating a resolution, the Government recently reassigned the Assistant U.S. Attorney handling the matter, and time has been necessary

1   for new counsel to assess the case.  Although the case itself is not complex, there are issues of

2   significance which must be determined to the satisfaction of both the prosecution and defense

3   before an agreement can be reached.

4        Since the last request to reschedule the hearing was granted, the defense received

5   additional discovery which has been reviewed.  Based on this review counsel for defendant has

6   asked to meet with the Government's Attorney with the hope of resolving issues which are

7   relevant to the final plea agreement, and will do so in the coming week.  The parties, therefore,

8   stipulate and agree that the interests of justice served by granting this continuance outweigh the

9   best interests of the public and the defendants in a speedy trial.  *18 U.S.C. §*

10  *3161(h)(7)(A)*and*(B)(iv)* and Local Code T-4.

11

12  */s/ Richard Bender*           */s/ Zenia K. Gilg*
    RICHARD BENDER          ZENIA K. GILG
    Assistant U.S. Attorney       Attorney for Defendant

13  U.S. ATTORNEY'S OFFICE     KEVIN DENNIS GOLDEN
    Dated: December 2, 2014       Dated: December 2, 2014

14

15

16  **IT IS SO ORDERED.**

17  Dated:  December 2, 2014

18

19  GARLAND E. BURRELL, JR.
    Senior United States District Judge

20

21

22

23

24

25

26

27

28