1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone 415/394-3800
3  Facsimile 415/394-3806
   zenia@jacksonsquarelaw.com
4
   Attorney for Defendant
5  KEVIN DENNIS GOLDEN

6

7

8

9                         UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,   | Case No. 2:13-CR-00115-GEB
13 |          Plaintiff,          | STIPULATION AND [PROPOSED]
                                  | ORDER TO CONTINUE
14 |                              | SENTENCING HEARING
15 |     v.                       |
16 | KEVIN DENNIS GOLDEN,         | Judge: Hon. Garland E. Burrell Jr.
17 |          Defendant.          |

18

19     THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing set for March

20 27, 2015, be continued to May 1, 2015.  Time need not be excluded as defendant, Kevin Golden,

21 entered a guilty plea on December 19, 2014. The parties submit that the ends of justice are served

22 by the Court continuing the hearing so that counsel for defendant may have reasonable time

23 necessary for effective preparation, taking into account the exercise of due diligence. In

24 particular, counsel for defendant was unable to devote the time necessary for preparing for

25 sentencing due in part to an extended sentencing hearing in the case of *United States v. Erin*

26 *Keller* 12-cr-20083 District of Kansas, which while initially scheduled for one afternoon,

27 required three days of hearing, and therefore, nearly one week was spent out of state earlier this

28 month.  This unexpected time spent away delayed counsel's ability to complete other

---

Stipulation and [Proposed] Order to Continue Sentencing Hearing

professional obligations, including those related to issues which will be significant to Mr. Golden's sentencing.

Paul Mamaril, the Probation Officer assigned to this case, is available on the date suggested by the parties.

Should this continuance be granted the associated deadlines would be modified as follows:

| | | | |
|---|---|---|---|
| 1. | Proposed Pre-Sentence Report Disclosure: | | March 20, 2015 |
| 2. | Counsel's Written Objections to Pre-Sentence Report: | | April 3, 2015 |
| 3. | Pre-Sentence Report Filed: | | April 10, 2015 |
| 4. | Motion for Correction to Pre-Sentence Report: | | April 17, 2015 |
| 5. | Reply or Statement of No Opposition: | | April 24, 2015 |
| 6. | Judgement and Sentencing Date: | | May 1, 2015 |

*/s/ Richard Bender*
RICHARD BENDER
Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE
Dated: January 27, 2015

*/s/ Zenia K. Gilg*
ZENIA K. GILG
Attorney for Defendant
KEVIN DENNIS GOLDEN
Dated: January 27, 2015

**IT IS SO ORDERED.**

Dated: January 29, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge