ZENIA K. GILG, SBN 171922
Sausalito Plaza
1505 Bridgeway, Suite 106
Sausalito, CA 94965
Telephone: 415.324.7071
Facsimile: 415.324.7071
zenia@jacksonsquarelaw.com

Attorney for Defendant
KEVIN DENNIS GOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN DENNIS GOLDEN,<br><br>Defendant. | Case No. 2:13-CR-00115-GEB<br><br>STIPULATION FOR ORDER EXTENDING DATE FOR POST CONVICTION SURRENDER TO THE BUREAU OF PRISONS; DECLARATION OF COUNSEL, AND [Proposed ORDER]<br><br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED between the parties that the date on which defendant, KEVIN DENNIS GOLDEN, must self surrender to the Bureau of Prisons to serve his 24 month sentence be extended from July 2, 2015, to August 13, 2015.  This request is predicated on the following Declaration of counsel, Zenia K. Gilg, and Exhibit A.

IT IS SO STIPULATED.

/S/Zenia K. Gilg
ZENIA K. GILG
Attorney for Defendant
KEVIN DENNIS GOLDEN
Dated: June 10, 2015

/S/Richard Bender
RICHARD BENDER
Assistant U.S. Attorney
Dated: June 10, 2015

## DECLARATION OF COUNSEL

I, ZENIA K. GILG, declare:

1. I am an attorney licensed to practice law in the state of California, and before this Court. I am the attorney of record for defendant, KEVIN GOLDEN, in the above entitled case.

2. On May 1, 2015, Mr. Golden was sentenced, having pled guilty to the distribution of marijuana, in violation of *Title 21 U.S.C. section 841(a)(1)*.

3. Mr. Golden was sentenced to serve 24 months in the Bureau of Prisons, and was allowed to self surrender to his designated facility on July 2, 2015.

4. As was presented at the sentencing hearing for Mr. Golden, he has been working as an engineer for Total Air Balance Co, Inc. In support of a request for leniency his employers, and owners of this company, wrote about this defendant's enormous contribution to the organization's success. (See, Doc. No. 51-2.)

5. It is these employers who have requested that Mr. Golden be given additional time to begin his sentence, as John Hinmon writes: "Kevin Golden is a key component and integral part of a very highly specialized field. It has been extremely difficult to find a replacement for his position." Exhibit A. He, therefore, asks that he be given time to complete two large-scale projects which come under fruition the first week of August, and to train and prepare his replacement to take over what has been described as the largest construction project un the U.S. (*Id*.)

6. It is, therefore, requested that the Court sign the proposed Order extending the date on which Mr. Golden must self surrender to serve his 24 month sentence from July 2, 2015, to August 13, 2015.

I declare under penalty of perjury that the foregoing is true and correct, except as to matters stated on information and belief, and as to those matters I believe them to be true. This declaration is executed on 10th day of June, 2015, at Sausalito, California.

/S/Zenia K. Gilg
ZENIA K. GILG

**[Proposed] ORDER**

GOOD CAUSE appearing, it is ORDERED that the surrender date for KEVIN DENNIS GOLDEN be extended from July 2, 2015 to August 13, 2015.

Dated: June 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge