ZENIA K. GILG, SBN 171922
Sausalito Plaza
1505 Bridgeway, Suite 103
Sausalito CA 94965
Telephone:  415.324.7071
Facsimile:  415.324.7078
zenia@jacksonsquarelaw.com

Attorney for Defendant
KEVIN DENNIS GOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00115-GEB |
| Plaintiff, | EX PARTE REQUEST AND [Proposed] ORDER |
| v. | TO EXONERATE BOND AND RETURN COLLATERAL |
| | Judge: Hon. Garland E. Burrell Jr. |
| KEVIN DENNIS GOLDEN, | |
| Defendant. | |
| _____/ | |

COMES NOW defendant, KEVIN DENNIS GOLDEN, by and through counsel and hereby requests that bail be exonerated in this matter and that real property posted to secure bail be reconveyed.

In support of this request, counsel declares:

I am an attorney licensed to practice law in the state of California, and before this Court. I was the attorney of record for Kevin Golden in the above entitled case.

1

1  On March 15, 2013, Mr. Golden was granted pre-trial release with the
2  condition that a bond in the amount of $150,000 be secured with property
3  jointly owned by his parents Dennis and Regina Golden, this property located
4  at 1649 Contada Circle, Danville, California 94526. A deed of trust favoring
5  this District Court was filed on or about June 25, 2013, in the County of
6  Contra Costa.
7  Mr. Golden was sentenced on May 1, 2015, and surrendered to his
8  designated facility (i.e., Terminal Island) as directed on or about August
9  13, 2015. He is presently serving his 24 month sentence, and therefore, bail
10 should be exonerated.
11 It is respectfully requested that bail be exonerated and the Clerk of
12 the Court be directed to reconvey the real property posted as follows:
13 Trustors: Dennis Golden and Regina Golden
14 Property: 1649 Contada Circle, Danville, California 94526
   Deed of Trust filed in favor of District Court on June 25, 2013:
15    DOC-2013-0160892-00 (Attached as Exhibit A.)
16
17 I declare under penalty of perjury that the foregoing is true and
   correct, and that this declaration is executed on the 27th day of January,
18 2016, in Sausalito, California.
19                                         /s/Zenia K. Gilg
                                            ZENIA K. GILG
20
21
22
23
24
25
26
27
                                    2
28

ORDER

Upon the request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in the above entitled matter and the Clerk of the Court is directed to reconvey the property located at 1649 Contada Circle, Danville, California 94526 and return collateral to the property owners Dennis and Regina Golden.

Dated: January 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge